**Areya E. Holder**
**State Bar No. 24002303**
**Dan Wallis**
**State Bar No. 24008227**
**LAW OFFICE OF AREYA HOLDER, P.C.**
**800 West Airport Freeway, Suite 414**
**Irving, Texas 75062**
**(972) 438-8800 – Telephone**
**(972) 438-8825 – Telecopier**
**Email: areya@holderlawpc.com**

COUNSEL FOR PEMBERLY PARTNERS, LTD.
DEBTOR AND DEBTOR IN POSSESSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PEMBERLY PARTNERS, LTD. | § | CASE NO. 09-43163-BTR-11 |
| XX-XXX6428 | § | |
| 4108 W. 15TH STREET, SUITE 100 | § | |
| PLANO, TX 75093 | § | |
| | § | |
| Debtor | § | |
| | § | |

## NOTICE OF RESCHEDULED HEARINGS

PLEASE TAKE NOTICE that the hearings on the Confirmation of Debtor's Amended Plan of Reorganization, the Motion for Estimation and Temporary Allowance of Claim and to Stay Confirmation of Plan of Reorganization or Alternatively for Continuance of Confirmation Hearing filed by Milestone Construction, Inc., and the Motion for Relief from Automatic Stay With Waiver of 30-Day Hearing Requirement as to Real Property filed by PNC Bank, National Association have been rescheduled for Friday, **March 25, 2011 at 9:30 a.m.** The hearings will be held in the Courtroom of the Honorable Brenda T. Rhoades at 660 N. Central Expressway, Third Floor, Plano, TX 75074.

        Respectfully Submitted,

        */s/Areya Holder*
        Areya E. Holder
        State Bar No. 24002303
        Dan Wallis

State Bar No. 24008227

Law Office of Areya Holder, P.C.
800 W. Airport Freeway, Suite 414
Irving, Texas 75062
Telephone No.: (972)438-8800
Facsimile No.: (972) 438-8825
areya@holderlawpc.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 23, 2010, a true and correct copy of the foregoing Notice was served upon the parties listed below, all parties that have entered a notice of appearance and all creditors on the attached mailing matrix via electronic notice, if available, and/or first class mail, postage prepaid.

Pemberly Partners, Ltd.
4108 W. 15th Street, Suite 100
Plano, TX 75093

By: /s/ *Areya Holder*
    Areya Holder